IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | Civil No. C08-2058EJM |
| v. | |
| | JUDGMENT IN A CIVIL CASE |
| SCOTT MITCHELL TWAIT a/k/a SCOTT M. TWAIT a/k/a SCOTT TWAIT; et al., | |
| Defendants | |

***DECISION BY COURT:*** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment in accordance with the attached.

Approved as to form:

*/s/ Edward J. McManus*

Edward J. McManus
Northern District of Iowa

March 26, 2009.

Dated: March 26, 2009

ROBERT L. PHELPS
Clerk

*/s/ Dianne Loeland*
(By) Clerk

1